UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 17-197 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| CLEMENT TUITELE ATOUFAU, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:  Felon in Possession of a Firearm; Possession of Cocaine and Heroin with Intent to Distribute

<u>Date of Detention Hearing</u>:  June 6, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has been charged with a drug offense, the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant is also charged with the possession of two firearms, having been previously convicted of nine felonies, including two counts of unlawful possession of a firearm, attempt to elude, assault, robbery, and drug trafficking offenses.

2. At the time of the instant alleged offense conduct, defendant was on supervision with the Washington State Department of Corrections, following a conviction in 2014 for two drug offenses. It is reported that defendant was using controlled substances, including marijuana, cocaine and heroin, until shortly before the arrest which led to the filing of the instant charges.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>6th</u> day of June, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3