THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENT TUITELE ATOFAU,<br><br>Defendant. | CASE NO. CR17-0153-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This motion comes before the Court on Defendant Clement Atofau's unopposed motion to continue trial (Dkt. No. 19). The Court, having reviewed the motion and the relevant record, makes the following findings:

(1) The interests of justice will best be served by a continuance of the trial date and outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

(2) Defense counsel needs additional time to review and synthesize discovery, conduct investigation, perform legal research, draft motions, advise Defendant, and prepare for trial. This will involve exploring issues of some complexity and, taking into account the

exercise of due diligence, a continuance is necessary to allow the defense reasonable time to effectively prepare. *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (iv).

(3) The additional time between the current trial date of August 14, 2017 and the new trial date is necessary to provide defense counsel the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth in counsel's motion. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

(4) The failure to grant such a continuance in this case would likely result in a miscarriage of justice because Defendant would be denied the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

(5) Defendant intends to submit a Speedy Trial waiver and will file the waiver as soon as it is signed. (*See* Dkt. No. 19 at 2.)

Accordingly, the Court ORDERS:

1. The motion to continue trial (Dkt. No. 19) is GRANTED.
2. The jury trial in this case is CONTINUED from Monday, August 14, 2017 to Monday, February 12, 2018 at 9:30 a.m.
3. The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i), (iv).
4. Pretrial motions shall be filed by Thursday, January 11, 2018.

DATED this 20th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk