THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR17-0153-JCC |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| v. ) | CONTINUE TRIAL |
| ) | |
| CLEMENT TUITELE ATOFAU, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and to extend the due date for pretrial motions (Dkt. No. 26). Having reviewed the relevant record and Defendant's waiver of speedy trial (Dkt. No. 27), the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting these continuances outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, review recently-received expert analysis, complete pre-trial investigation, and consider a revised plea offer, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court ORDERS:

1. The motion to continue trial (Dkt. No. 26) is GRANTED.
2. The jury trial in this case is CONTINUED from April 23, 2018 to May 29, 2018 at 9:30 am.
3. The period of delay from April 23, 2018, through June 12, 2018, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
4. Pretrial motions shall be filed by April 26, 2018.

DATED this 23rd day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE