THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0153-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CLEMENT TUITELE ATOFAU, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to extend time to respond to Defendant's motion to compel discovery (Dkt. No. 32). The Court hereby GRANTS the motion and ORDERS that the Government's time to respond is extended to April 30, 2018.

DATED this 27th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0153-JCC
PAGE - 1