THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0153-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CLEMENT TUITELE ATOFAU, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A jury trial in this matter is set for May 29, 2018 at 9:30 am. Exhibit lists are to be exchanged no later than fourteen (14) days before trial. W.D. Wash. Local Crim. R. 16(d). Trial briefs, voir dire, and jury instructions are due May 18, 2018. W.D. Wash. Local Crim. R. 23.1, 24, 30.

The parties are DIRECTED to submit two sets of course-of-trial and end-of-trial jury instructions and a verdict form: one numbered sequentially, with citations, indicating whether the instruction is agreed or disputed, and another set without numbering, citations, or indication whether the instruction is agreed or disputed. All standard jury instructions should be included. A clean copy of the proposed instructions and verdict form should also be submitted in word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov.

MINUTE ORDER
CR17-0153-JCC
PAGE - 1

1       DATED this 27th day of April 2018.

2                                       William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0153-JCC
PAGE - 2