THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0153-JCC |
| Plaintiff, | ORDER |
| v. | |
| CLEMENTE TUITELE ATOFAU, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 52) his reply regarding his motion to compel (Dkt. No. 53). The Court denied Defendant's prior motion to seal this brief (Dkt. No. 47). In compliance with the Court's order and Local Civil Rule 5(g)(5), Defendant has publicly filed a redacted version of the reply brief. (Dkt. No. 51). The Court finds that the sensitive and confidential nature of the redacted information outweighs the public's interest in access to this limited portion of the brief, providing a compelling reason to maintain the un-redacted brief under seal. Defendant's motion to seal (Dkt. No. 52) is therefore GRANTED. The Clerk is DIRECTED to maintain Defendant's un-redacted reply brief (filed at Dkt. Nos. 44, 53) under seal.

//

//

//

ORDER
CR17-0153-JCC
PAGE - 1

1     DATED this 15th day of May 2018.

                                        John C. Coughenour
                                        UNITED STATES DISTRICT JUDGE