UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0153JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CLEMENT TUITELE ATOFAU, | |
| Defendant. | |

THIS MATTER has come before the court before the undersigned on the emergency motion of Defendant Clement Atofau, for temporary release from custody at the Federal Detention Center ("FDC"). Mr. Atofau is to be picked up by his pastor, Willa Taulolo, at 3:00 p.m. on Friday, September 28, 2018, and returned to the FDC after a Family Celebration of Life Service held at the Three Tree Church, 16261 1st Ave. S, Burien, WA 98148, no later than 10:30 p.m. Mr. Atofau is further released to his pastor on Saturday, September 29, 2018, at 7:00 a.m. to attend Mr. Vaivao's burial at Forest Lawn Cemetery, 6701 30th Ave. SW, Seattle, WA 98126. Mr. Atofau shall be returned

ORDER - 1

to the FDC by 4:00 p.m.  The court has considered the motion and records in this case and hereby grants Mr. Atofau's emergency motion.

Dated this 27th day of September, 2018.

JAMES L. ROBART
United States District Judge